# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCYNE BROWN,                           )<br>                                                            )<br>                    Plaintiff,              )<br>    vs.                                           )<br>                                                            )<br>CHAPEL FUNDING, LLC, *et al.*,   )<br>                                                            )<br>                    Defendant.           )<br>_____) | Case No.: 2:12-CV-01798-GMN-CWH<br><br>**MINUTE ORDER** |

**IT IS HEREBY ORDERED** that no Opposition having been filed by Plaintiff, Defendants' Motion to Dismiss, ECF No. 6, and Joinder, ECF No. 9, are both GRANTED. Defendants are required to file a Proposed Order for the Court's signature.

Date:   January 2, 2013.

_____
Gloria M. Navarro
United States District Judge